UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-42195-SPS
§
TAWANDA ALINA JONES §
§
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/21/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/31/2012                By:  /s/ David P. Leibowitz
                                             (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-42195-SPS |
| | § | |
| TAWANDA ALINA JONES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,861.00
*and approved disbursements of* $593.64
*leaving a balance on hand of[1] :* $2,267.36

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,267.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $568.28 | $0.00 | $568.28 |
| David P. Leibowitz, Trustee Expenses | $1.65 | $0.00 | $1.65 |

Total to be paid for chapter 7 administrative expenses: $569.93
Remaining balance: $1,697.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $1,697.43 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,697.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,267.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $2,669.19 | $0.00 | $623.41 |
| 2 | ACME CONTINENTAL CREDIT UNION | $3,831.65 | $0.00 | $894.91 |
| 3 | Sprint Nextel - Correspondence | $766.87 | $0.00 | $179.11 |

|  | Total to be paid to timely general unsecured claims: | $1,697.43 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 11-42195-TAB
Tawanda Alina Jones                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: lhuley              Page 1 of 3           Date Rcvd: Jun 01, 2012
                            Form ID: pdf006           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2012.
```
db          +Tawanda Alina Jones,    P.O. Box 26,   Dolton, IL 60419-0026
17939111    +17102 Walter St,   Lansing IL 60438-1353
17939106    +350 N River St,   Aurora IL 60506-4177
17939105    +505 N County Farm Rd,    Wheaton IL 60187-3907
17939107    +807 W John St,   Yorkville IL 60560-9249
18155405    +ACME CONTINENTAL CREDIT UNION,    C/O EDELSTEIN & EDELSTEIN,    3825 WEST MONTROSE AVE.,
              CHICAGO, IL 60618-1016
17939095    +Acme Continental,    13601 S Perry,   Riverdale IL 60827-1655
17939010    +Allianceone,    PO Box 2449,   Gig Harbor WA 98335-4449
17939001    +Auto Connection,    101 S Lake St,   Aurora IL 60506-5115
17939011    +City of Chicago,   Department of Revenue,    Bureau of Parking Bankruptcy,
              121 N LaSalle St Room 107A,    Chicago IL 60602-1232
17939008    +City of Chicago,    PO Box 88292,   Chicago IL 60680-1292
17939007    +City of Chicago,   Department of Rev,    PO Box 88892,   Chicago IL 60680-1892
17939006     Credit Management,    17070 Dallas Pkwy,   Dallas TX 75248-1950
17939104    +Dupage County,   421 North County Farm,    Wheaton IL 60187-3992
17939005     Escallate LLC,   North Canton OH   44720
17939099    +Greater Suburban,   Corp,    1645 Odgen Ave,   Downers Grove   60515-2736
17939009    +Illinois Tollway,    PO Box 5201,   Lisle IL 60532-5201
17939097    +Kahuna Payment,    PO Box 1045,   Bloomington IL 61702-1045
17939094    +Lynwood Photo,    75 Remittance Dr,   Suite  6658,   Chicago IL 60675-6658
17939092    +NCO,   600 Holiday Plaza,   Matteson IL 60443-2238
17939091    +NCO,   600 Holiday Plaza Ste 300,    Matteson IL 60443-2238
17939108    +Oswego Fire,    PO Box 457,   Wheeling IL 60090-0457
17939110    +Sherry and Nick Campbell,    2580 Glenwood Dyer Rd,    Lynwood IL 60411-9775
17939093    +South Holland Police,    16220 Wausau Ave,   South Holland IL 60473-2194
17939003     State Collection,    2509 S Stoughton Rd,   Madison WI   53716-3314
17939096    +T Mobile,   PO Box 742596,    Dallas TX 75374
17939002    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,   GREENVILLE TX 75403-5609
             (address filed with court: Direct Loans,    PO Box 7202,   Utica NY  13504-7202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17939100    +E-mail/PDF: recoverybankruptcy@afninet.com Jun 02 2012 05:00:17     Anderson FIn Network,
              404 Brock Dr,   PO Box 3097,   Bloomington IL 61702-3097
17939098    +E-mail/Text: legalcollections@comed.com Jun 02 2012 05:05:00     ComEd,   PO Box 6111,
              Carol Stream IL 60197-6111
18128569    +E-mail/Text: legalcollections@comed.com Jun 02 2012 05:05:00     Commonwealth Edison Company,
              3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
17939004     E-mail/Text: Bankruptcy@icsystem.com Jun 02 2012 06:56:32     IC Systems Inc,   444 Highway 96 E,
              Saint Paul MN   55127-2557
17939101     E-mail/Text: appebnmailbox@sprint.com Jun 02 2012 04:34:07     Sprint Nextel - Correspondence,
              P.O. Box 7949,   Overland Park, KS 66207-0949,    Attn: Bankruptcy Dept
17939109    +E-mail/Text: wow_bankruptcy@wideopenwest.com Jun 02 2012 05:27:27     Wow Internet Cable,
              1674 Frontenac Rd,    Naperville IL 60563-1757
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17939102*   +Auto Connection Inc,    101 S Lake St,   Aurora IL 60506-5115
17939103*   +ComEd,   PO Box 6111,    Carol Stream IL 60197-6111
18128570*   +Commonwealth Edison Company,    3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,
              Attn: Bankruptcy Dep.
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-1          User: lhuley                Page 2 of 3                   Date Rcvd: Jun 01, 2012
                               Form ID: pdf006             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2012**                         **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: lhuley                Page 3 of 3                   Date Rcvd: Jun 01, 2012
                               Form ID: pdf006             Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                                     TOTAL: 2

Case 11-42195   Doc 26   Filed 06/01/12   Entered 06/03/12 23:37:02   Desc Imaged
Certificate of Notice   Page 7 of 7